UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MARTIN,<br>                    Plaintiff,<br><br>v.<br><br>ANTHONY FERNANDEZ,<br>                    Defendant. | 1:13-cv-00754-AWI-JLT  (PC)<br><br>**AMENDED** ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT BRIAN DOUGLAS MARTIN, CD # T-94632, PLAINTIFF<br><br>DATE: June 13, 2014<br>TIME:  9:30 a.m. |

Brian Douglas Martin, inmate, CDC #T-94632, a necessary and material witness for himself in a settlement conference in this case on June 13, 2014, is confined at Salinas Valley State Prison (SVSP), 31625 Highway 101, Soledad, California 93960, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #24, before Magistrate Judge Carolyn K. Delaney, United States Courthouse, 501 I Street, Sacramento, California 95814, on **Friday, June 13, 2014, at 9:30 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. This shall amend the writ issued April 24, 2014;

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Salinas Valley State Prison (SVSP)**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **April 24, 2014**                         **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE