1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  RUSSA M. BOYD, State Bar No. 239380
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA  94244-2550
    Telephone:  (916) 319-9476
6   Facsimile:  (916) 324-5205
    E-mail: Russa.Boyd@doj.ca.gov
7  *Attorneys for Defendant Fernandez*

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11                                   FRESNO

12

13  **BRIAN MARTIN**,                        | Case No. 1:13-CV-00754 JLT (PC)
                                              |
                                   Plaintiff, | **STIPULATION FOR VOLUNTARY**
14                                            | **DISMISSAL WITH PREJUDICE**
                                              | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))**
15          v.

16  **ANTHONY FERNANDEZ, ET AL.**,

17                                 Defendant.

18

19      Plaintiff Brian Martin and Defendant Fernandez have resolved this case in its entirety.

20  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of

21  Civil Procedure 41(a)(1)(A)(ii).

22      Each party shall bear its own litigation costs and attorney's fees.

23      It is so stipulated.

24

25  Dated:    June 13, 2014              */s/ Brian Martin* (original signature on file)

26                                        Plaintiff

27

28

                                          1

1    Dated:    June 13, 2014                    */s/ Russa M. Boyd* (original signature on file)

2                                              Russa M. Boyd
                                               Deputy Attorney General
3                                              California Attorney General's Office
                                               *Attorney for Defendant Fernandez*

4

5

6          In accordance with the parties' stipulation, this action is dismissed with prejudice.  The

7    Clerk of the Court shall close the file.

8
     IT IS SO ORDERED.
9
     Dated:   June 24, 2014
10                                              _____
                                                  SENIOR  DISTRICT  JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (1:13-CV-00754 JLT (PC))